KIRK D. MILLER, P.S.
421 W. Riverside Avenue
Suite 660
Spokane, WA  99201
(509)413-1494 Telephone
(509)413-1724 Facsimile

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARREN SCHURGER, MICHAEL BLAKE, and all others similarly situated, | ) Case No.: 2:18-cv-00027-SAB |
| | ) |
| | ) NOTICE OF VOLUNTARILY |
| | ) DISMISS |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| CAVALRY PORTFOLIO SERVICES, | ) |
| LLC, a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

Pursuant to FRCP 41(a)1, Plaintiffs' through their counsel of record wish to give their notice of voluntarily dismissal without prejudice in the above entitled action.

Defendant Cavalry Portfolio Services, LLC has not filed or served and Answer or Summary Judgment at this time.

NOTICE OF VOLUNTARILY
DISMISS - 1

DATED this 18th day of July, 2019.

Kirk D. Miller P.S.

/s Kirk D. Miller
Kirk D. Miller, WSBA No. 40025
Attorney for Plaintiff

NOTICE OF VOLUNTARILY
DISMISS - 2